United States District Court
Southern District of Texas
**ENTERED**
December 06, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| EUGENIO E. MARTINEZ, (TDCJ-CID #1686937) Petitioner, | § § § § | |
| vs. | § | CIVIL ACTION V-18-0059 |
| LORIE DAVIS, Respondent. | § § § § § | |

## ORDER OF DISMISSAL

For the reasons stated in this Court's Memorandum and Opinion entered this date, this civil action is DISMISSED without prejudice.

SIGNED at Victoria, Texas, on December 6, 2018.

KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE

O:\RAO\KMH\2018\v18-0059.a01.wpd